FILED
AUG 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE DOW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 650 |
| | ) | |
| vs. | ) | Violation: Title 18, United States Code, Section 2252A(a)(5)(B) |
| | ) | |
| ANDREW J. BOWERS | ) | |

MAGISTRATE JUDGE MASON

The UNITED STATES ATTORNEY CHARGES:

On or about February 21, 2007, at Highwood, Illinois, in the Northern District of Illinois, Eastern Division,

ANDREW J. BOWERS,

defendant herein, knowingly possessed material, namely, a Dell Dimension desktop computer, serial number 6HYQ731, containing a Western Digital hard drive, serial number WMAD1A089697, that contained video and still images of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), such images having been shipped and transported in interstate commerce by any means, including by computer, and such images having been produced using materials that had been shipped and transported in interstate and foreign commerce by any means;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE ALLEGATION

The UNITED STATES ATTORNEY further alleges:

1. The allegations contained in this Information are realleged and incorporated by reference as if fully restated herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 2253.

2. As a result of his violations of Title 18, United States Code, Section 2252A,

ANDREW J. BOWERS,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all right, title and interest defendant has in any matter which contains visual depictions described in Title 18, United States Code, Section 2252A; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the said violations.

3. The interests of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 2253 include, but are not limited to the following items seized from defendant on or about February 21, 2007:

   (a) personal computers including hard and zip drives, including one Dell Dimension desktop computer, serial number 6HYQ731, containing a Western Digital hard drive, serial number WMAD1A089697;

   (b) peripheral connecting cables and equipment;

    (c)    computer disks, including compact disks, floppy disks, CD-Rom disks, and zip disks; and

    (d)    images.

All pursuant to Title 18, United States Code, Section 2253.

*Patrick J. Fitzgerald* by KJP
UNITED STATES ATTORNEY