# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 650 - 1 | DATE | 8/21/2008 |
| CASE TITLE | USA vs. Andrew J Bowers | | |

**DOCKET ENTRY TEXT**

Detention hearing held. The Government and defendant agree to certain conditions of release. Defendant ordered released after processing.

Docketing to mail notices.

00:10

| Courtroom Deputy Initials: | rbf |
|---|---|