

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 650 - 1 | **DATE** | 8/21/2008 |
| **CASE TITLE** | USA vs. Andrew J Bowers | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant informed of his rights. Arraignment and plea held. Defendant waives formal reading of the information and enters a plea of not guilty to all counts of the information. Defendant submits the signed Waiver of Indictment. Enter Waiver of Indicment. Rule 16.1(a) conference to be held by 8/28/08. Pretrial motions to be filed by 9/1/08. Response to be filed by 9/11/08. Reply to be filed by 9/18/08. Status hearing set before Judge Dow set for 9/9/08 at 9:30 a.m. Time ordered excluded to 9/9/08 pursuant to 18:3161(h)(8)(A)(B) (X-E).

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | rbf |
|---|---|---|