

AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ANDREW J. BOWERS | CASE NUMBER: 08 CR 650 |

I, **ANDREW J. BOWERS**, the above named defendant, who is accused of **knowingly possessing material, namely, a Dell Dimension desktop computer, serial number 6HYQ731, containing a Western Digital hard drive, serial number WMAD1A089697, that contained video and still images of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), such images having been shipped and transported in interstate commerce by any means, including by computer, and such images having been produced using materials that had been shipped and transported in interstate and foreign commerce by any means; in violation of Title 18, United States Code, Section 2252A(a)(5)(B)**, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __August 21, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
Aug 21, 2008
AUG 2 1 2008

MICHAEL T. MASON
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

_____
Defendant

_____
Counsel for Defendant

Before _____
    Judicial Officer