# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                     Case No.: 1:08−cr−00650

                                           Honorable Robert M. Dow Jr.

Andrew J Bowers

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Change of Plea Hearing set for 9/9/2008 at 01:30 PM. Parties are requested to deliver a draft copy of the plea agreement to chambers one day prior to the hearing date. Mailed notice (tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.